IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

## MINUTES

PLAINTIFF: ADAM PIAQUADIO
ATTY: MATT LINDSAY

DEFENDANT: AMERICAN LEGAL FUNDING, LLC
ATTY:

JUDGE: Robert T. Dawson, U. S. District Judge
REPORTER: Rick Congdon
CLERK: Sallie Hicks
CASE NO.: 10-2066
INTERPRETER:
DATE: June 30, 2011

ACTION: HEARING ON DEFAULT JUDGMENT

| TIME | MINUTES |
|---|---|
| 11:10 am | Session |
| | Plaintiff present with his Attorney |
| | Defendant and attorney fail to appear. |
| | The court hears statements and receives a Court exhibit by Plaintiff and advises that an order will entered in this ma |
| | in regard to the request for Default, in favor of the Plaintiff. |
| | |
| 12:00 pm | Recess |

CASE NO. _____   DATE: _____

TIME                                     MINUTES