**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

**ADAM PIAQUADIO**
**PLAINTIFF**
     **v.**               **Civil Action No.: 2:10-CV-02066-RTD**

**AMERICAN LEGAL FUNDING LLC,**
**ALFUND AZ1 LLC,M.B.T. ASSOCIATES INC.,**
**THE LAW FUNDER LLC, AND**
**GLOBAL FINANCIAL CREDIT LLC.**
**DEFENDANTS**

---

**SATISFACTION OF JUDGMENT**

---

Plaintiff, Adam Piaquadio, by and through counsel undersigned, hereby acknowledges that a judgment was entered in the above-captioned matter on June 30, 2011, in favor of the above named Adam Piaquadio in the above-entitled action, in the sum of $452,940.00 plus interest and costs, and the Plaintiff Adam Piaquadio acknowledges payment of said judgment, costs, and interest in full and satisfied in full and desires to release this judgment and authorizes the Clerk of the Court to enter full satisfaction of record by such marginal entries as may be necessary and convenient to fully and completely satisfy said judgment of record.

/s/ Matthew Lindsay_____
**MATTHEW L. LINDSAY,** Bar #04028
Odom Law Firm, P.A.
1 East Mountain
P.O. Drawer 1868
Fayetteville, Arkansas 72701
(479) 442-7575
(479) 442-9008 (fax)

ATTORNEY FOR THE PLAINTIFF,

ADAM PIAQUADIO

1

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2016, I electronically transmitted the foregoing document described as **SATISFACTION OF JUDGMENT** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic filing to all attorneys of record.

/s/Matthew Lindsay